(123 So. 900)

### E. D. BREEDING v. W. T. RANSOM, Trustee, etc. (8 Div. 110.)

Supreme Court of Alabama. June 27, 1929.

Rehearing Denied Oct. 17, 1929.

Wert & Hutson, of Decatur, for appellant.
E. W. Godbey, of Decatur, for appellee.

GARDNER, J. Decree affirmed on authority of Breeding v. Ransom, Trustee, etc., ante, p. 82, 123 So. 899, this day decided (8 Div. 111).

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.